# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKERS WORKERS' COMPENSATION TRUST, <br><br> Plaintiffs, <br> v. | CASE NO. CV 08-04609 AG (Ex) <br><br> **RENEWAL OF JUDGMENT** |

---

RENEWAL OF JUDGMENT

1

GILMORE STEEL, INC.,

        Defendant.

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on November 24, 2008, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKERS WORKERS' COMPENSATION TRUST., shall have a Renewal of Judgment against Judgment Debtor, GILMORE STEEL, INC.

Renewal of money judgment against GILMORE STEEL, INC.:

| | |
|---|---|
| a. Total Judgment | $83,153.92 |
| b. Costs after Judgment | $419.50 |
| c. Subtotal (a. and b.) | $83,573.42 |
| d. Credits after Judgment | $24,639.89 |
| e. Subtotal (d. from c.) | $58,933.53 |

2
RENEWAL OF JUDGMENT

f. Interest after Judgment $5,869.52

g. Fee for filing renewal application $0.00

h. Total renewed Judgment (e., f., and g.) $64,803.05

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: October 29, 2018    Clerk, by */s/ Evelyn Synagogue* , Deputy